| United States District Court | Southern District of Texas |
|---|---|

Travis Aziza, §
　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　§
versus　　　　　　§　　Civil Action H-13-1474
　　　　　　　　　§
Performant Recovery, Inc., §
　　　　　　　　　§
　　　　Defendant. §

## Final Dismissal

1. Having been advised that a settlement has been reached, the court dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on February 18, 2014, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge